UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANITA WASHINGTON and M.W. )<br>          Plaintiffs, )<br>v. )<br>          )<br>MICHAEL COWARD, ELIZEBETH )<br>HEATH, LYNN NETHKIN and )<br>CHRISTOPHER ROGERSON )<br>          Defendants. ) | **JUDGMENT**<br>4:24-CV-4-M-RJ |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 2, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on October 2, 2024, and Copies To:**
Anita Washington (via US mail) 504 Pulaski St, Lynchburg, VA 24501


October 2, 2024                            PETER A. MOORE, JR., CLERK

                                            /s/Sandra K. Collins
                       (By)    Sandra K. Collins, Deputy Clerk